**Motion Granted in Part and Denied in Part and Order filed April 28, 2020**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00050-CV**

_____

**IN THE MATTER OF THE MARRIAGE OF DARLENE HADLEY MOURET AND TROY PATRICK MOURET**

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2019-45723**

## ORDER

Appellant Darlene Hadley Mouret filed a motion asking us to compel court reporter Jodi Masera to file a reporter's record of a hearing conducted in a different trial court cause than the one from which this appeal lies. Appellant also seeks an extension of time to file her brief until 30 days after the reporter's record is filed. Attached to the motion are copies of emails between appellant's counsel and Masera in which Masera states she has no files regarding the specified hearing and no basis to believe that she made a record of that hearing.

Putting aside the question of whether we could compel a court reporter to file a reporter's record from a different trial court cause, we cannot compel Masera to file the requested record, because Masera has indicated she has no record to produce.

We **DENY** appellant's motion to compel, but we **GRANT** the motion to

extend time until **May 21, 2020,** which is 30 days from the date the brief is currently due.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Hassan.